UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC L. SMITH,<br><br>    Petitioner<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 2:19-cv-10989-JAK (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Noncognizability And Untimeliness; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated: April 9, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE